IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIC SAMUEL, ROBERT L. GERDES and PAUL D. MULKEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> DTZ, INC. formerly known as UGL SERVICES UNICCO OPERATIONS CO., <br><br> Defendant. | CIVIL ACTION NO. 1:14-cv-01392-CC-GGB |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on November 18, 2014, I served a true and correct copy of the following documents upon opposing counsel:

1. Defendant's Notice of Deposition of Adric Samuel;

2. Defendant's Notice of Deposition of Robert L. Gerdes; and

3. Defendant's Notice of Deposition of Paul D. Mulkey, Jr.

The above documents were served upon opposing counsel via email and United States Mail, postage prepaid, addressed to the following:

Kevin D. Fitzpatrick, Jr.
Charles R. Bridgers
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
101 Marietta Street
Suite 3100
Atlanta, GA  30303

Respectfully submitted this 18th day of November, 2014.

                                              */s/ Bradley E. Strawn*
                                              Bradley E. Strawn
                                              Georgia Bar No. 004419
                                              Nicolette J. Lee
                                              Georgia Bar No. 330210

LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Attorneys for Defendant
DTZ, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIC SAMUEL, ROBERT L. GERDES and PAUL D. MULKEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> DTZ, INC. formerly known as UGL SERVICES UNICCO OPERATIONS CO., <br><br> Defendant. | CIVIL ACTION NO. 1:14-cv-01392-CC-GGB |

## CERTIFICATE OF SERVICE

I certify that on November 18, 2014, I electronically filed the forgoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of the Court using the CM/ECF system, which automatically sent notice to the following:

Kevin D. Fitzpatrick, Jr.
Charles R. Bridgers
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
101 Marietta Street, Suite 3100
Atlanta, GA  30303
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

*/s/ Bradley E. Strawn*
Attorney for Defendant